```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
JIMMY BYRD,                             :  09 Civ. 5755 (GBD) (JCF)
                                        :
                 Petitioner,            :         O R D E R
                                        :
       - against -                      :
                                        :
DAWSON BROWN,                           :
Acting Superintendent, Sing Sing        :
Correctional Facility,                  :
                                        :
                 Respondent.            :
                                        :
- - - - - - - - - - - - - - - - - - - -:
```

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

    Jimmy Byrd has applied for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, in this habeas corpus proceeding. The issues railed in the petition were fully developed by Mr. Byrd's counsel on direct appeal, and it does not appear that an evidentiary hearing will be necessary. Accordingly, the petitioner's application is denied.

                             SO ORDERED.

                             */s/ James C. Francis IV*
                             JAMES C. FRANCIS IV
                             UNITED STATES MAGISTRATE JUDGE

Dated:  New York, New York
        August 25, 2009

Copies mailed this date:

Jimmy Byrd
04-A-1375
Sing Sing Correctional Facility
354 Hunter Street
Ossining, New York 10562

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/09

1